**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Jay Michael Puig,

Defendant.

Criminal No. 01-367(2) (DWF/AJB)

**ORDER APPOINTING COUNSEL**

---

David Steinkamp, Assistant United States Attorney, counsel for Plaintiff.

Scott Tilsen, Acting Chief Federal Public Defender, Federal Public Defender's Office, counsel for Defendant.

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for 9:30 a.m., Thursday, January 5, 2006, in Courtroom 1, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota.

Dated: December 29, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court